# UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHAMBERS OF  
ANN D. MONTGOMERY  
DISTRICT JUDGE

13W U.S. COURTHOUSE  
MINNEAPOLIS, MINNESOTA 55415  
612. 664.5090

March 4, 2015

VIA CM/ECF

**IN RE: SUPERVALU, INC., CUSTOMER DATA SECURITY BREACH LITIGATION**
**CIVIL CASE NO. 14-MD-2586 ADM/TNL**

To All Counsel of Record:

      A Pretrial Conference will be scheduled in the near future for the above-referenced litigation.  Prior to scheduling the conference, the Court requests that counsel for all parties discuss and report to the Court whether additional cases are anticipated, how soon the conference should be held, and how much time should be reserved for the conference.  Counsel should also jointly draft a proposed agenda for the Pretrial Conference.  Please provide the Court with a letter by March 18, that includes the results of your discussion.

                                  Very truly yours,

                                  *s/Ann D. Montgomery*

                                  Ann D. Montgomery