UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: SuperValu Inc., Customer Data Security Breach Litigation<br><br>This Document Relates to All Actions | Case No. 14-md-02586-ADM-TNL |

## LR 7.1(f) WORD COUNT CERTIFICATE OF COMPLIANCE

I, Harvey J. Wolkoff, certify that Defendants' Opposition to Plaintiffs' Motion for Leave to Amend Their Complaint Pursuant to Fed. R. Civ. P. 15(A)(2) complies with the length limitations of Local Rule 7.1(f) and the type-size limitation of Local Rule 7.1(h).

I further certify that, in preparation of this memorandum, I used Microsoft® Office Word 2016, and that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced memorandum contains 3,279 words, exclusive of the caption, table of contents and table of authorities, and signature block.

Dated:  November 14, 2017.

                                           /s/ Harvey J. Wolkoff
                                           Harvey J. Wolkoff
                                           (Harvey.wolkoff@ropesgray.com)
                                           800 Boylston Street
                                           Boston, MA  02199
                                           Telephone: (617) 951-7000